# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **MARCELA CASTELAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 3:12-cv-00962** |
| **v.** | ) | **Judge Nixon** |
| | ) | **Magistrate Judge Bryant/Griffin** |
| **GENERAL BOARD OF** | ) | |
| **DISCIPLESHIP OF THE UNITED** | ) | |
| **METHODIST CHURCH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is a Joint Motion for Court Approval of Settlement Agreement and to Submit the Parties Settlement Agreement under Seal (Doc. No. 15), with a Proposed Order attached (Doc. No. 15-1). Having reached a settlement in this Fair Labor Standards Act suit, the parties seek the Court's approval to dismiss the case with prejudice. (Doc. No. 15.) Their Proposed Order states the following:

> This cause arose before the court on the stipulation of settlement reached between the Parties to this action. This claim arose pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. and, therefore, the settlement requires court approval.

> This Court, being fully advised of the agreement between the Parties, hereby approves the settlement of Plaintiff's wage and hour claims as outlined in the Joint Motion for Approval of Settlement Agreement and the Settlement and Release Agreement submitted by the Parties under seal.

> The action is dismissed, with prejudice.

Accordingly, the Court adopts this Proposed Order and **DISMISSES the case with prejudice.**

The Court **DIRECTS** the Clerk to close the case.


It is so ORDERED.

Entered this the ___10^th___ day of May, 2013.


JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT